# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.                  CASE NUMBER: **04-C-718**
                                         **(00-Cr-242)**

**WILLIE NEWTON, JR.**,

        Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Willie Newton's "second or successive" petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction.**

This action is hereby DISMISSED.


    **October 27, 2006**                                **SOFRON B. NEDILSKY**
Date                                                          Clerk

                                                                 s/ Rudolph T. Randa
                                                                  (By) Deputy Clerk